UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 JAN -7 PM 12: 24

CLERK

BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA, )
)
v. ) Criminal No. 2:26-cr-2-1
)
JONATHAN HOLWAY, )
Defendant )

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about July 16, 2023, in the District of Vermont, the defendant, JONATHAN HOLWAY, obstructed, delayed, and affected commerce by robbery at the Exit 4 Sunoco Station convenience store located at 2536 U.S. Route 5 in Dummerston, Vermont.

(18 U.S.C. §§ 1951(a) & 2)

A TRUE BILL

███████████████

(FOREPERSON)

MICHAEL P. DRESCHER
First Assistant United States Attorney

JONATHAN A. OPHARDT
Assistant United States Attorney
Chief, Criminal Division

*[signature]*

JASON TURNER
Assistant United States Attorney
Rutland, Vermont
January 7, 2026

1